ADAM WANG (STATE BAR NUMBER 201233)
DAL BON & WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel: (408) 292-1040
Fax: (408) 292-1045

Attorney for Plaintiffs
Rodolfo F Rufelas & Eva Romero Garcia

ADR

E-FILING

Filed
OCT 1 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| RODOLFO F RUFELAS AND EVA ROMERO GARCIA,<br><br>Plaintiffs,<br><br>vs.<br><br>JASWINDER BHULLAR, MANGAL S BHULLAR, & DOES 1 THOUGHT 10<br><br>Defendants | Case No.: C07 05244 HRL<br><br>DEMAND FOR JURY TRIAL |
|---|---|

Plaintiffs hereby demand a trial by jury.

Dated: September 20, 2007

DAL BON & WANG
ADAM WANG

By: /s/ Adam Wang
Attorney for Plaintiffs
Rodolfo F Rufelas & Eva Romero Garcia

1