LAW OFFICES OF JOSEPH R. KAFKA
Joseph R. Kafka, Esq.  SB #139510
1541 The Alameda
San Jose, California 95126
Telephone: 408-993-8441
Facsimile:  408-279-0401

Attorney for Defendants
Jaswinder & Mangal Bhullar

# UNITED STATES DISTRICT COURT

# FOR THE NORHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO F. RUFELAS and EVA ROMERO GARCIA,<br><br>Plaintiffs,<br>v.<br><br>JASWINDER BHULLAR and MANGAL S. BHULLAR and DOES 1 THROUGH 10,<br><br>Defendants. | CASE NO.  C 07 5244 HRL<br><br>ANSWER TO COMPLAINT BY JASWINDER BHULLAR AND MANGAL S. BHULLAR |

Defendants, JASWINDER BHULLAR and MANGAL S. BHULLAR, hereby submit their Answer to the unverified Complaint filed against them.

Defendants deny the allegations and averments in paragraphs 1 through 47 except they admit that the Plaintiffs were employed by them in their businesses called the Happy Hollow Market.

## AFFIRMATIVE DEFENSES

1. For a first affirmative defense, these Defendants allege the Complaint fails to state any claim against them.

2. For a second affirmative defense, these Defendants allege the Fair Labor Standards

ANSWER BY J. BHULLAR & M. BHULLAR            1

1 | Act of 1938 does not apply to the employment relationship between these Defendants and these Plaintiffs, thus this court lacks subject matter jurisdiction over this matter.

3. For a third affirmative defense, these Defendants allege the claims of the Plaintiffs are barred by the statute of limitations, including, but not limited to California Code of Civil Procedure sections 337, 337.2, 337a, 338, 339, 339.5, 340, 341, and 335.1.

4. For a fourth affirmative defense, these Defendants allege that the Plaintiffs knowingly and voluntarily waived any and all claims for wages, rest and meal breaks, and all other claims.

5. For a fifth affirmative defense, these Defendants allege they acted in good faith and without any intent to violate any law throughout their relationship with these Plaintiffs and should not be responsible for any penalty or sanction sought by the Plaintiffs.

6. For a sixth affirmative defense, these Defendants allege that Eva Romero Garcia took personal property belonging to them during her time of employment. The value of those items acts as an offset to any and all claims she is alleging in this lawsuit.

WHEREFORE, the Defendants pray that Judgment be entered in their favor and against the Plaintiffs and for the following relief:

1. That Plaintiffs take nothing by their complaint;

2. That the Complaint be dismissed;

3. That the Defendants be awarded their costs of suit and attorney's fees;

4. For an offset against the property converted by Ms. Garcia; and

5. For such other and further relief as this Court may deem proper.

ANSWER BY J. BHULLAR & M. BHULLAR                 2

1  Dated: January 23, 2008

LAW OFFICES OF JOSEPH R. KAFKA

_____
Joseph R. Kafka, Esq.
Counsel for Defendants
Jaswinder Bhullar & Mangal Bhullar