LAW OFFICES OF JOSEPH R. KAFKA
Joseph R. Kafka, Esq.  SB #139510
1541 The Alameda
San Jose, California 95126
Telephone: 408-993-8441
Facsimile:  408-279-0401

Attorney for Defendants
Jaswinder Bhullar & Mangal Bhullar

# UNITED STATES DISTRICT COURT

# FOR THE NORHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO F. RUFELAS and EVA ROMERO GARCIA,<br><br>　　　　　Plaintiffs,<br>v.<br><br>JASWINDER BHULLAR, MANGAL S. BHULLAR, and DOES 1 THROUGH 10,<br><br>　　　　　Defendants. | CASE NO.  C 07 5244 HRL<br><br>CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |

CONSENT TO PROCEED BEFORE A UNITED STATE MAGISTRATE JUDGE.

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned parties hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: January 23, 2008

LAW OFFICES OF JOSEPH R. KAFKA

_____
Joseph R. Kafka, Esq.
Counsel for Defendants
Jaswinder Bhullar & Mangal Bhullar

CONSENT TO PROCEED BEFORE MAGISTRATE　　　1