1
2
3
4
5
6                           UNITED STATES DISTRICT COURT
7                          NORTHERN DISTRICT OF CALIFORNIA
8
9                                                      No. C
10            Plaintiff(s),                            **CONSENT TO PROCEED BEFORE A
                                                       UNITED STATES MAGISTRATE JUDGE**
11       v.
12
13            Defendant(s).
                                          /
14
15         CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____        _____
                                       Signature

                                       Counsel for _____
                                       (Plaintiff, Defendant or indicate "pro se")