ADAM WANG (STATE BAR NUMBER 201233)
DAL BON & WANG
12 South First Street, Suite 613
SAN JOSE, CA 95113
Tel:  (408) 421-3403
Fax: (408) 351-0261

Attorney for Plaintiffs
RODOLFO F RUFELAS & EVA ROMERO GARCIA

LAW OFFICES OF JOSEPH R. KAFKA
Joseph R. Kafka, Esq. SB #139510
1541 The Alameda
San Jose, California 95126
Telephone: 408-993-8441
Facsimile: 408-279-0401
Attorney for Defendants
Jaswinder & Mangal Bhullar

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO F RUFELAS & EVA ROMERO GARCIA<br><br>             Plaintiffs,<br><br>    vs.<br><br><br>JASWINDER BHULLAR, MANGAL S BHULLAR, JOHNNY NGUYEN, & DOES 1 THOUGHT 10<br>             Defendants | Case No.: C07-05244 HRL<br><br>JOINT CASE MANAGEMENT STATEMENT |

      Plaintiffs Rodolfo F Rufelas & Eva Romero Garcia, through their counsel, Defendants Jaswinder and Mangal Bhullar, through their counsel, jointly submit this Case Management Statement and request that the Court adopt the Statement in issuing its Case Management Order.

## DESCRIPTION OF THE CASE

**1.    A brief description of the events underlying the action:**

i                                                                                    **C07-05244 HRL**

**JOINT CASE MANAGEMENT STATEMENT**
Rufelas, et al. v. Buhllar, et al.

Plaintiffs allege that they were employed by defendant as restaurant workers. Plaintiff claims that during his employment they were not paid overtime compensation although they worked in excess of 40 hours a week or 8 hour a day on regular basis.

Plaintiffs' complaint alleges violations of California Labor Code section 510, violation of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, failure to provide meal and rest periods in violation of California Labor Code §226.7, penalties under California Labor Code section 558, waiting time penalties under California Labor Code section 203, and violation of California Business and Professions Code section 17203.

**2.    The principal factual issues which the parties dispute:**

(a)    The number of hours each plaintiff worked

**3.    The principal legal issues which the parties dispute:**

None

**4.    The other factual issues which remain unresolved**

None at this time.

**5.    The parties which have not been served and why**

None.

**6.    The additional parties which the below-specified parties intend to join and the intended time frame for such joinder:**

Plaintiffs do not intend to add to any additional parties at this time.

**7.    The following parties consent to assignment of this case to a United States Magistrate Judge for jury trial:**

Plaintiffs and Defendants Jaswinder and Mangal Bhullar consent to the assignment of this case for jury trial before a magistrate judge.

## ALTERNATIVE DISPUTE RESOLUTION

**8.    The parties filed a Notice of Need for ADR Phone Conference and the phone conference was held on or is scheduled for:**

Plaintiffs and Defendants Jaswinder and Mangal Bhullar agree to participate in the court

sponsored mediation.

**9.    Other information regarding ADR process or deadline.**

Plaintiffs and Defendants Jaswinder and Mangal Bhullar have agreed to participate in the Court sponsored mediation.

## DISCLOSURES

**10.    The parties certify that they have made the following disclosures:**

Parties agree to make the disclosure no later than February 5, 2008.

## DISCOVERY

**11.    The parties have agreed to the following discovery plan:**

(a)    Parties agree to adhere to the limitations set forth in the Federal Rules of Civil Procedure;

(b)    Fact discovery cutoff on November 30, 2008;

(c)    Last day of hearing on dispositive motion on December 19, 2008;

(h)    The parties agree to meet and confer concerning any modifications to this plan.

## TRIAL SCHEDULE

**12.    The parties request a trial date as follows:**

February 2009

**13.    The parties expect that the trial will last for the following number of days:**

5-7 days

Dated: January 28, 2008                         DAL BON & WANG
                                                ADAM WANG

                                                By: /s/ Adam Wang
                                                    Attorney for Plaintiffs
                                                    Rodolfo F Rufelas & Eva
                                                    Romero Garcia

Dated:  January ___, 2008                       By: /s/ Joseph Kafka
                                                    Attorney for Defendants
                                                    Jaswinder & Mangal Bhullar

iii                    C07-05244 HRL

**JOINT CASE MANAGEMENT STATEMENT**
Rufelas, et al. v. Buhllar, et al.