# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Howard R. Lloyd, Presiding**

Courtroom 2 - 5th Floor

## Civil Minute Order

Date:   February 5, 2008                                          Time in Court: 9 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR:

**TITLE:** Rodolfo F Rufelas, et. al. v. Jaswinder Bhullar, et. al.
**CASE NUMBER**: C007-05244HRL
Plaintiff Attorney present: Adam Wang
Defendant Attorney present: Joe Kafka

**PROCEEDINGS:** Case Management Conference


Parties are ordered to mediation.  Court schedules a bench trial for September 22, 2008 with a pre-trial conference for September 16, 2008.


Court to issue written order.