*E-FILED 2/5/2008*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RODOLFO RUFELAS and EVA ROMERO GARCIA,<br><br>   Plaintiffs,<br><br>   v.<br><br>JASWINDER BHULLAR, MANGAL S BHULLAR, & DOES 1 THROUGH 10,<br><br>   Defendant.<br>_____/ | No. C07-05244 HRL<br><br>**CASE MANAGEMENT ORDER** |

On February 5, 2008, the parties appeared for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussion held at the Conference, the court orders as follows:

The court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Conference Statement.

The presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply.

The parties are referred to the Court's Alternative Dispute Resolution Program for mediation.

1    The parties shall contact the chambers of Magistrate Judge Seeborg well in advance of
2 the Pretrial Conference to arrange a Settlement Conference to take place just prior to the Pretrial
3 Conference.
4    The following schedule shall apply to this case:
5    Fact Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . August 15, 2008
6    Final Pretrial Conference . . . . . . . . . . . . . . . . . . . . . . . . . . . September 16, 2008, 1:30 p.m.
7    Bench Trial[1] (estimated 3 days) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . September 22, 2008
8    Any motions to compel fact discovery must be filed no later than seven court days after
9 the Fact Discovery Cutoff.  (See Civ. L.R. 26-2).
10    Furthermore, the parties shall comply with the undersigned's Standing Order re: Pretrial
11 Preparation with regard to the timing and content of the Joint Pretrial Statement, and other
12 pretrial submissions.[2]
13    IT IS SO ORDERED.
14 Dated:   February 5, 2008
15                                                                                          _____
                                                                                              HOWARD R. LLOYD
                                                                                              UNITED STATES MAGISTRATE JUDGE

---

[1]    At the conference, all parties voluntarily waived a jury trial.

[2]    Parties may obtain copies of all of Judge Lloyd's standing orders from the clerk of the court, or from Judge Lloyd's page on the court's website (www.cand.uscourts.gov).

2

1  **5:07-cv-5244 Notice has been electronically mailed to:**

2  Joseph R. Kafka  jr-kafka@sbcglobal.net

3  Adam Wang  waqw@sbcglobal.net

4  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.