**United States District Court**

**Northern District of California**

| | |
|---|---|
| Rufelas,<br><br>              Plaintiff(s),<br><br>       v.<br><br>Bhullar,<br><br>              Defendant(s). | No. C 07-05244 HRL MED<br><br>**Certification of ADR Session** |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __April 14, 2008__

2. Did the case settle?   ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☒ phone discussions expected by (date) __to be determined__

   ☐ no

**4.   IS THIS ADR PROCESS COMPLETED?        ☐ YES        ☒ NO**

Dated:  __April 25, 2008__         Suzanne K. Nusbaum
                                   **Mediator**, **Suzanne Nusbaum**
                                   Impartia
                                   119 Millrich Dr.
                                   Los Gatos, CA 95030-2213

**Certification of ADR Session**
07-05244 HRL MED