LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel:  408-292-1040
Fax:  408-416-0248

Adam Wang

August 19, 2008

Honorable Howard R. Lloyd
US District Court
For District of Northern California
280 South 1st Street
San Jose, CA 95113

Re:    <u>Raffelas, et al. v. Bhullar et.al.</u>
       C07-5244 HRL

Dear Judge Lloyd,

      This case is scheduled to have a pretrial conference on September 16, 2008. Pursuant to this Court's CMC Order (Docket #10), parties must have a settlement conference before Judge Seeborg prior to that date. We have contacted the chambers of Judge Seeborg, and there are no dates available to hold the settlement conference prior to the scheduled pre-trial conference on September 16, 2008.

      As such, Plaintiffs are writing this letter requesting a referral of this case to another magistrate for a settlement conference.

Sincerely,

<u>/s/Adam Wang</u>
Attorney for Plaintiffs.