**United States District Court**
For the Northern District of California

**\*E-FILED 8/21/2008\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RODOLFO RUFELAS and EVA ROMERO GARCIA,<br><br>        Plaintiffs,<br>    v.<br><br>JASWINDER BHULLAR and MANGAL S BHULLAR,<br><br>        Defendants. | No. C07-05244 HRL<br><br>**ORDER REFERRING CASE TO MAGISTRATE JUDGE TRUMBULL FOR A SETTLEMENT CONFERENCE**<br><br>[Re: Docket No. 14] |

On February 5, 2008, this court issued a scheduling order referring the parties to Magistrate Judge Seeborg for a settlement conference to take place in advance of the September 16, 2008 final pretrial conference. By letter dated August 19, 2008, plaintiff (a) advises that Judge Seeborg does not now have availability for a conference before September 16, 2008 and (b) requests referral to another magistrate judge for settlement. This court is informed that Magistrate Judge Trumbull has some availability.

Accordingly, the parties are referred to Judge Trumbull for a settlement conference, with the conference to take place before September 16, 2008. The parties shall promptly contact Judge Trumbull's chambers to schedule the settlement conference for an available date on her

**United States District Court**
For the Northern District of California

1  <u>calendar that is mutually agreeable to the parties</u>.

2  SO ORDERED.

3  Dated:   August 21, 2008

4  /s/ electronic signature authorized
   HOWARD R. LLOYD
5  UNITED STATES MAGISTRATE JUDGE

1  **5:07-cv-5244 Notice has been electronically mailed to:**

2  Adam Wang waqw@sbcglobal.net

3  Joseph R. Kafka jr-kafka@sbcglobal.net

4  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

3