Joseph R. Kafka, Esq. SB # 139510
LAW OFFICES OF JOSEPH R. KAFKA
1541 The Alameda
San Jose, California 95126
Telephone: 408-993-8441
Facsimile:  408-279-0402

Attorney for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISCTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO RUFELAS and EVA ROMERO GARCIA,<br><br>Plaintiffs,<br><br>v.<br><br>JASWINDER BHULLAR and MANGAL S. BHULLAR,<br><br>Defendants. | CASE NO.  C 07 5244 HRL<br><br>**DECLARATION BY JOSEPH R. KAFKA IN SUPPORT OF MOTION TO DISQUALIFY COUNSEL; BAR WITNESSES FROM TRIAL; AWARD ATTORNEY'S FEES AND FOR OTHER SANCTIONS**<br><br>DATE: 9/9/2008<br>TIME:  10:30 A.M.<br>DEPT:  2 – JUDGE LLOYD |

I, JOSEPH R. KAFKA, hereby declare that:

1.      I am the counsel for the Defendants in this action. I am licensed to practice law before the state courts of California and the federal court for the Northern District. The statements made in this declaration are based upon my personal knowledge and if called upon to testify as to them I could competently.

2.      I propounded written discovery to the Plaintiffs in this action in January of 2008. Request Number 1 sought "copies of all documents showing the dates and hours you claimed to have worked for these Defendants, but were not allegedly appropriately paid, including calendars, notes, diaries, lists, letters, time cards, email or any other document or thing."

3.      Both Plaintiffs responded back that "Plaintiff will look and produce all documents responsive to this request." No documents were produced.

DECLARATION IN SUPPORT OF MOTION TO DISQUALIFY     1

4.      On August 11, 2008, the deposition of Mr. Bhullar was taken in Mr. Wang's office. In his conference room next to a wall was an open box filled to the top with documents. I could see Original cash register rolls and some 8 x 11 pages. He also had notes concerning alleged daily sales. The box was around the size of a banker's box. This box said Cobra on the side and looked like a beer box. I thought it was for one of Mr. Wang's cases and I didn't pay much attention to it.

5.      At one point in the deposition of Mr. Bhullar, Adam Wang took documents from the box and asked Mr. Bhullar a series of questions about them. It became clear that the box came from my clients' store and had been stolen.

6.      On August 12, 2008, I wrote to Mr. Wang about the stolen documents. I requested a list of them in order to understand exactly what he had in his possession. I informed him that it was a serious problem. I had never experienced it in a lawsuit before this one. A copy is attached as Exhibit AB.

7.      When Mr. Wang did not respond, I wrote to him on August 19, 2008. He did not respond. A copy is attached as Exhibit B.

8.      I wrote to him again on August 20, 2008, asking that he turn the documents over to me. A copy is attached as Exhibit C.

9.      Mr. Wang wrote me an email on August 20, 2008. He maintained that "I am not sure those documents were in fact stolen from your clients; nor do I know those documents indeed belong to your clients." He went on to say that he was copying all of them. Unless ordered by the court, he was not turning them over to me or my clients. A copy of his letter is attached as Exhibit D.

10.     I wrote to Mr. Wang on August 21, 2008 instructing him to not copy the documents and to not further study them. Based upon his position concerning these documents, I have been left with no choice except to bring a motion for appropriate court orders. A copy of my letter is attached as Exhibit E.

DECLARATION IN SUPPORT OF MOTION TO DISQUALIFY     2

11.     I have spent sixteen hours researching this issue and drafting all moving papers. I will spend another four hours reviewing the opposition, preparing for the hearing and attending it. I charge $350 per hour for my time. I have been a lawyer licensed in California since 1989 and I handle a variety of business litigation matters. We request sanctions in the amount of $7,000 to be paid by Mr. Wang.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on August ___, 2008 at San Jose, CA.

_____
JOSEPH R. KAFKA

DECLARATION IN SUPPORT OF MOTION TO DISQUALIFY     3