LAW OFFICES OF
# Joseph R. Kafka

Licensed in California
Nebraska
Iowa (inactive)

1541 The Alameda
San Jose, California 95126

Telephone: (408) 993-8441
FAX: (408) 279-0402

VIA FACSIMILE 416-0248
& MAIL

*Fax 2nd time*

August 12, 2008

Mr. Adam Wang, Esq.
12 South First Street, # 613
San Jose, CA 95113

RE: Rufelas, et. al. v. Bhullar

Dear Adam:

My schedule is open to finish both depositions with week before the close of discovery. I am free Wednesday, Thursday and Friday (except from 12:45 to 2:15). Let me know when you want to resume with Mr. Bhullar and move on with Mrs. Bhullar.

As promised, attached are 4 pages concerning the lunch truck business license and title. It is evident that Eva Romero did not start work until February of 2006 since the truck was not in use until that time.

Lastly, there is a very serious issue concerning the theft of my clients' financial records that has come up. Yesterday, we saw a box of register rolls in your conference room that belong to my client. These are not simply copies, but the original documents obviously taken from my clients' business.

For now, I demand that you provide a full itemized list of all documents you or your clients have that belong to my clients. I am reviewing the ramifications of this theft since I have never had it happen in any other case.

Sincerely,

LAW OFFICES OF JOSEPH R. KAFKA

Joseph R. Kafka

A

LAW OFFICES OF
# Joseph R. Kafka

Licensed in California
Nebraska
Iowa (inactive)

1541 The Alameda
San Jose, California 95126

Telephone: (408) 993-8441
FAX: (408) 279-0402

VIA FACSIMILE 416-0248
& MAIL

August 19, 2008

Mr. Adam Wang, Esq.
12 South First Street, # 613
San Jose, CA 95113

RE: Rufelas, et. al. v. Bhullar

Dear Adam:

With respect to a settlement conference, I am available August 25; 26 only after 10:30; 28 and 29 only the morning and; September 2-5; and 9-12.

You are seeking two documents, one of which is the health permit. I should know by the end of the day whether my client has it. The other document is the letter to Mr. Rufelas from the IRS or Social Security. My client mailed it back to the sender in April of 2007 and did not keep a copy. Therefore, they do not have it.

With respect to the stolen documents in your office, I saw a box of register rolls in your conference room that belong to my clients. These are not simply copies, but the original documents obviously taken from my clients' business. Again, I demand that you provide a full itemized list of all documents you or your clients have that belong to my clients. I need this information for the motion in limine I will be filing.

Lastly, the Standing Order RE: Pretrial Preparation indicates that 15 days before the Pretrial Conference, we are to meet and confer. That would be September 7; not August 18. Not less than 10 courts days prior to the Pretrial Conference, the joint pretrial statement is due. That would be September 8. You are using earlier dates for some reason.

Sincerely,

LAW OFFICES OF JOSEPH R. KAFKA

Joseph R. Kafka

cc:   clients

B

LAW OFFICES OF
# Joseph R. Kafka

**Licensed in California**
Nebraska
Iowa (inactive)

1541 The Alameda
San Jose, California 95126

Telephone: (408) 993-8441
FAX: (408) 279-0402

VIA FACSIMILE 416-0248
& MAIL

August 20, 2008

Mr. Adam Wang, Esq.
12 South First Street, # 613
San Jose, CA 95113

RE: Rufelas, et. al. v. Bhullar

Dear Adam:

    I am writing with respect to the stolen documents in your office. In case it is not clear, I want all the documents delivered to my office by August 21. In addition, I want a list of the originals that came to you and a list of all that you copied. This is very serious. As indicated, I will be seeking remedies.

        Sincerely,

        LAW OFFICES OF JOSEPH R. KAFKA

        Joseph R. Kafka

cc:    clients



**From:** "Adam Wang" <waqw@sbcglobal.net>  Add to Address Book  Add Mobile Alert
Yahoo! DomainKeys has confirmed that this message was sent by sbcglobal.net. Learn more

**To:** "'Joseph Kafka'" <jr-kafka@sbcglobal.net>

**CC:** "Adam Pedersen" <alpedersen@gmail.com>

**Subject:** Rufelas v. Bhullar

**Date:** Wed, 20 Aug 2008 17:37:13 -0700

Dear Joe,

This responds to your letter demanding that I give up the rolls of cash register receipts to your clients. I do not think I can do that for the following reasons.

First, I am not sure those documents were in fact stolen from your clients; nor do I know those documents indeed belong to your clients. Second, even if I am certain these documents were indeed stolen from your clients, my first obligation is to turn these documents to the law enforcement agencies to preserve the evidence of an allegedly committed crime. As such, under these circumstances, unless ordered by the Court, I do not feel I have any obligations to turn the documents over to you or your clients.

Meanwhile, we are going to make copies of these documents. It may cost more than $1,000 to copy them. If you want a copy, I would be more than happy to provide a copy to you if you pay the costs.



AT&T Yahoo! Mail - jr-kaika@sbcglobal.net    Page 2 of 2

Case 5:07-cv-05244-HRL   Document 18-2   Filed 08/25/2008   Page 5 of 6



Adam Wang

Delete | Reply | Forward | Spam | Move...

Previous | Next | Back to Messages       Save Message Text | Full Headers

Check Mail | Compose       Search Mail | Search the Web

Copyright 2008 © Yahoo! Inc.  Privacy Policy | Terms of Service | Send Feedback | Help

LAW OFFICES OF
# Joseph R. Kafka

**Licensed in California**
**Nebraska**
**Iowa (inactive)**

1541 The Alameda
San Jose, California  95126

Telephone: (408) 993-8441
FAX: (408) 279-0402

VIA FACSIMILE 416-0248
& MAIL

August 21, 2008

Mr. Adam Wang, Esq.
12 South First Street, # 613
San Jose, CA 95113

RE: Rufelas, et. al. v. Bhullar

Dear Adam:

    I received your email concerning the stolen documents belonging to my clients that are in your office.

    It is hard to believe that you maintain the documents may not have been stolen and you do not know whether they belong to my clients.

    I insist that <u>you not copy them</u> or further study them. The manner in which they came to you prevents you from using them in any manner whatsoever, which you as a lawyer should understand. When they first came into your possession, you should not have looked at them and you should have arranged to get them back to my clients.

    Since you are taking this position, I am left with no choice but to seek a court order.

                              Sincerely,

                              LAW OFFICES OF JOSEPH R. KAFKA

                              Joseph R. Kafka

cc:    clients

