Joseph R. Kafka, Esq. SB # 139510
LAW OFFICES OF JOSEPH R. KAFKA
1541 The Alameda
San Jose, California 95126
Telephone: 408-993-8441
Facsimile:  408-279-0402

Attorney for Defendants

### UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISCTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO RUFELAS and EVA ROMERO GARCIA,<br><br>Plaintiffs,<br><br>v.<br><br>JASWINDER BHULLAR and MANGAL S. BHULLAR,<br><br>Defendants. | CASE NO.  C 07 5244 HRL<br><br>**DECLARATION BY MANGAL BHULLLAR IN SUPPORT OF MOTION TO DISQUALIFY COUNSEL; BAR WITNESSES FROM TRIAL; AWARD ATTORNEY'S FEES AND FOR OTHER SANCTIONS**<br><br>DATE: 9/9/2008<br>TIME:  10:30 A.M.<br>DEPT:  2 – JUDGE LLOYD |

I, MANGAL BHULLAR, hereby declare that:

1.      I am a Defendant in this action. The statements made in this declaration are based upon my personal knowledge and if called upon to testify as to them I could competently.

2.      I am having Mr. Kafka read with Declaration to me before I sign it since I cannot read English, except very little.

3.      During my deposition, I was asked questions by Adam Wang about a cash register roll that he took from a large box filled with documents. The box and that roll looked like things that were stored in my store. No employee had permission to take them from me. I think the roll was from an old cash register that I did not use, but the previous owner used. Mr. Wang also showed me notes of alleged daily sales. No employee had permission to get into my cash register system to look at daily sales and write them down.

DECLARATION IN SUPPORT OF MOTION TO DISQUALIFY    1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on August ___, 2008 at San Jose, CA.

_____

MANGAL BHULLAR