1  I declare under penalty of perjury under the laws of the United States and the State of
2  California that the foregoing is true and correct. Executed on August 23, 2008 at San Jose,
3  CA.
4
5  _____
   MANGAL BHULLAR

DECLARATION IN SUPPORT OF MOTION TO DISQUALIFY    2