1  LAW OFFICES OF JOSEPH R. KAFKA
   Joseph R. Kafka, Esq.  SB #139510
2  1541 The Alameda
   San Jose, California 95126
3  Telephone: 408-993-8441
   Facsimile:  408-279-0402
4

5  Attorney for Defendants
   Jaswinder Bhullar & Mangal Bhullar
6

7              **UNITED STATES DISTRICT COURT**

8        **FOR THE NORHERN DISTRICT OF CALIFORNIA**

9
   RODOLFO RUFELAS and EVA ROMERO        CASE NO.   C 07 5244 HRL
10 GARCIA,

11                    Plaintiffs

12 v.
                                        Date:
   JASWINDER BHULLAR and MANGAL S.       Time:
13 BHULLAR,                              Court:      2 - Magistrate Judge Lloyd

14                    Defendants.

15

16

17

18      **THIS IS A MOTION TO SHORTEN TIME FOR HEARING ON MOTION TO**

19 **DISQUALIFY COUNSEL, BAR WITNESSES FROM TRIAL; AWARD ATTORNEY'S**

20 **FEES AND FOR OTHER SANCTIONS** to be brought by the Defendants and heard on

21 September 9, 2008 at 10:30 a.m. in Courtroom 2 for Magistrate Judge Howard R. Lloyd.

22      Defendants seek an Order Shortening the Time for the hearing on their motion. The regular

23 notice period (35 days) is not possible since the trial is set for September 22, 2008.

24      I JOSEPH R. KAFKA, declare that:

25      1.      I am counsel for the Defendants in this action. The statements made in this

26 declaration are based upon my personal knowledge and if called upon to testify as to them I could

27

28 competently do so.

MOTION TO SHORTEN TIME FOR HEARING MOTION TO DISQUALIFY     1

2.      The reason for the motion to shorten time is that trial is set for September 22, 2008. Therefore, the regular notice period of 35 days is not possible. The reason for the motion came to light on August 11, 2008 during a deposition. Efforts to resolve the issue continued until August 22, 2008.

3.      I sought a Stipulation for shortened notice and opposing counsel, via an email, indicated that he agreed. He changed his mind and now will not stipulate.

4.      The motion needs to be heard on shortened notice or the Defendants will be harmed and prejudiced. The Defendants learned that counsel for the Plaintiffs has a box of original financial documents taken from their store. The documents were stolen from the Defendants' store and were undoubtedly taken to Mr. Wang by the Plaintiffs or other persons. Efforts by defense counsel to obtain an itemization of the documents to understand exactly what Mr. Wang has in his office  and to have them returned to the Defendants by Mr. Wang have been restricted. Possession of these documents by Mr. Wang presents serious ethical issue that this court is obligated to address.

5.      The Defendants maintain that this box of documents was stolen from their store, should never have been given to counsel for the Plaintiffs by anyone, and must be returned. In addition, the documents should not be copied or used by the Plaintiffs' counsel because of these unusual circumstances. His position is that he may continue to possess the documents, copy them, use them at trial and not return the originals. He will not change his mind absent a court order.

6.      There have been no other motions affecting time in this action. An order shortening the time to hear this motion will not affect the trial set for September 22, 2008.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on August __, 2008 at San Jose, CA.

_____

Joseph R. Kafka

MOTION TO SHORTEN TIME FOR HEARING MOTION TO DISQUALIFY     2