ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel: (408) 292-1040
Fax: (408) 416-0248
waqw@sbcglobal.net

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| RODOLFO F RUFELAS AND EVA ROMERO GARCIA<br><br>Plaintiffs,<br><br>vs.<br><br>JASWINDER BHULLAR, MANGAL S BHULLAR, & DOES 1 THOUGHT 10<br><br>Defendants | Case No.: C07-5244 HRL<br><br>PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO SHORTEN TIME FOR HEARING ON MOTION TO DISQUALIFY COUNSEL BAR WITNESS AND AWARD ATTORNEY'S FEES AND OTHER SANCTIONS |

In seeking a stipulation to shorten time, Defendants counsel only sated that he would file a motion to exclude the documents giving rise to Defendants' pending motion for various sanctions. However he never disclosed the real nature of his motion. Even in his draft Stipulation to Shorten Time, Defendants counsel only described the motion as a "motion [that] pertains to the documents the Defendants maintain were unlawfully taken from them." After Plaintiffs counsel first agreed to shorten time in an e-mail, believing it was just a motion to exclude the said documents, from the response e-mail by the Defendants counsel, he realized Defendants counsel might be contemplating a different motion. As such, Plaintiffs counsel withheld the previously agreement to shorten time, asking Defendants counsel to file the motion first.

**Plaintiff's Opposition to Defendants' Motion to Shorten Time**
**Rufelass, et al. v. Bhullar, et al.**
                                            1                          Case No. C07-5244 HRL

1  Having reviewed Defendants' motion, Plaintiffs oppose to any shortening of time to cut short his time allowed in local rule to file their opposition.  This case is scheduled for trial on September 22, 2008.  The pre-trial conference is on September 16, 2008, and the pre-trial filings are due on September 2, 2008.  In light of the intensely fact-oriented disputes, Plaintiffs counsel would require substantial time in preparing prep-trial documents in this week and also have to attend to other matters, and simply do not have enough time to conduct meaningful research in opposing a motion seeking sanctions of the gravity and magnitude as sought by Defendants.

Accordingly, Plaintiffs oppose to any shortening of time to require Plaintiffs to oppose the motion prior to September 9, 2008—the time allowed by local rule.  Plaintiffs, however, do not oppose to any shortening of time that would affect Defendants' time to file their reply brief or affect the time needed by the Court to review and consider Defendants' motion.

Dated:  August 26, 2008                                   By:     /s/ Adam Wang            .
                                                                          Attorney for Plaintiffs
                                                                          Rodolfo F Rufelas & Eva Romero Garcia

**Plaintiff's Opposition to Defendants' Motion to Shorten Time**
**Rufelass, et al. v. Bhullar, et al.**