LAW OFFICES OF JOSEPH R. KAFKA  *ORDER E-FILED 8/27/2008*
Joseph R. Kafka, Esq.  SB #139510
1541 The Alameda
San Jose, California 95126
Telephone: 408-993-8441
Facsimile:  408-279-0402

Attorney for Defendants
Jaswinder Bhullar & Mangal Bhullar

# UNITED STATES DISTRICT COURT

# FOR THE NORHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO RUFELAS and EVA ROMERO GARCIA, | Case No. C 07 5244 HRL |
| Plaintiffs | |
| v. | |
| JASWINDER BHULLAR and MANGAL S. BHULLAR, | |
| Defendants. | |

**ORDER GRANTING MOTION TO SHORTEN TIME FOR HEARING ON MOTION TO DISQUALIFY COUNSEL, BAR WITNESSES FROM TRIAL; AWARD ATTORNEY'S FEES AND FOR OTHER SANCTIONS**

The Motion to Shorten Time For Hearing is granted. The Motion to Disqualify Counsel, Bar Witnesses from Trial; Award Attorney's Fees and For Other Sanctions shall be heard on September ~~9~~ **16** 2008 at ~~10:30 a.m.~~ **1:30 p.m.** in Courtroom 2.

Defendants have filed their moving papers. The Plaintiff shall file their opposition by September __9__, 2008.

Dated: ~~September~~ **August** 27, 2008    _____

Magistrate Judge Howard R. Lloyd

ORDER GRANTING MOTION TO SHORTEN TIME FOR HEARING MOTION TO DISQUALIFY    1