## PROOF OF SERVICE BY MAIL

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action. My business address is 1541 The Alameda, San Jose, CA 95126. My business telephone number is 408-993-8441.

On the date signed below, I served the foregoing documents described as follows:

Defendants' Proposed Findings of Fact and Conclusions of Law andTrial Brief

on the parties involved in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at San Jose, CA addressed as follows:

Adam Wang, Esq.
12 South First Street, # 613
San Jose, CA 95113

I declare under penalty of perjury in accordance with the laws of the United States (28 USC 1746) and the State of California that the foregoing is true and correct. Executed this _____ day of September, 2008, at San Jose, CA.

_____
Joseph R. Kafka