ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel: (408) 292-1040
Fax: (408) 416-0248
waqw@sbcglobal.net

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| RODOLFO F RUFELAS AND EVA ROMERO GARCIA<br><br>Plaintiffs,<br><br>vs.<br><br>JASWINDER BHULLAR, MANGAL S BHULLAR, & DOES 1 THOUGHT 10<br><br>Defendants | Case No.: C07-5244 HRL<br><br>DECLARATION OF ADAM WANG IN OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY COUNSEL BAR WITNESS AND AWARD ATTORNEY'S FEES AND OTHER SANCTIONS |
|---|---|

I, the undersigned, declare as follows:

1. I am an attorney at law duly licensed to practice law in the state of California. I am the attorney of records for Plaintiffs in this case. I have personal knowledge of matters stated herein, unless indicated that it is based on information or belief. If called upon to testify before this Court, I could and would do so to the same effect.

2. I did not come into possession of a box of cash register rolls and notes recoding the daily sales of Defendants' store Happy Hollow Market until August 9, 2008. Once I had the said documents, I promptly disclosed to the Defendant on August 11, 2008 at the deposition of Defendant Mangal Bhullar.

3. Neither Plaintiffs nor myself had any role in removing the said documents from Defendants' store Happy Hollow Market. Neither Plaintiffs nor myself had any prior

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY**
**Rufelass, et al. v. Bhullar, et al.**
                                                 1                      Case No. C07-5244 HRL

1  knowledge that the said documents would be taken from Defendants' store Happy Hollow
2  Market until after the documents had been actually taken.
3      I declare under the penalty of perjury under the laws of the United States the foregoing is
4  true and accurate.

5
6  Dated: September 9, 2008                By:   /s/ Adam Wang   .
                                                 Attorney for Plaintiffs
                                                 Rodolfo F Rufelas & Eva Romero Garcia

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY**
<u>Rufelass, et al. v. Bhullar, et al.</u>
                                    2                    Case No. C07-5244 HRL