1  Joseph R. Kafka, Esq. SB # 139510
   LAW OFFICES OF JOSEPH R. KAFKA
2  1541 The Alameda
   San Jose, California 95126
3  Telephone: 408-993-8441
   Facsimile:  408-279-0402
4

5  Attorney for Defendants

6
                    UNITED STATES DISTRICT COURT
7
              FOR THE NORTHERN DISCTRICT OF CALIFORNIA
8

9  RODOLFO RUFELAS and EVA ROMERO      CASE NO.  C 07 5244 HRL
   GARCIA,
10                                     **SUPPLEMENTAL DECLARATION BY
                                       JOSEPH R. KAFKA IN SUPPORT OF**
              Plaintiffs,              **MOTION TO DISQUALIFY**
11  v.                                 **COUNSEL; BAR WITNESSES FROM
                                       TRIAL; AWARD ATTORNEY'S FEES**
12  JASWINDER BHULLAR and MANGAL S.    **AND FOR OTHER SANCTIONS**
   BHULLAR,
13
              Defendants.
14                                     DATE: 9/16/2008
                                       TIME:  10:30 A.M.
15                                     DEPT:  2 – JUDGE LLOYD

16
        I, JOSEPH R. KAFKA, hereby declare that:
17
        1.       I am the counsel for the Defendants in this action. I am licensed to practice law
18
   before the state courts of California and the federal court for the Northern District. The statements
19
   made in this declaration are based upon my personal knowledge and if called upon to testify as to
20
   them I could competently.
21
        2.       In direct contradiction to Mr. Wang's assertion in his Declaration that he "promptly
22
   disclosed to the Defendant on August 11, 2008, a the deposition of Defendant Mangal Bhullar" the
23
   stolen documents, I am attaching pages 85 – 86 of the deposition as Exhibit A. This is when he
24
   first brought up the cash register rolls, approximately 2 hours into the deposition. The transcript was
25
   not available when I filed the motion.
26
        3.       As I established in my earlier declaration through copies of my letters to Mr. Wang
27

28
   DECLARATION IN SUPPORT OF MOTION TO DISQUALIFY    1

1    attached as exhibits, he has never described what stolen documents he has in his possession.

2        I declare under penalty of perjury under the laws of the United States and the State of

3    California that the foregoing is true and correct. Executed on September ___, 2008 at San

4

5    Jose, CA.

6                                            _____

7                                            JOSEPH R. KAFKA

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION IN SUPPORT OF MOTION TO DISQUALIFY    2