```
 1              UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                        - - -
 4   RODOLFO RUFELAS and EVA      )
     ROMERO GARCIA,               )
 5                                )
             Plaintiffs,          )
 6                                )
             vs.                  )   No. CO7-5244 HRL
 7                                )   VOLUME ONE
     JASWINDER BHULLAR, MANGAL    )
 8   S. BHULLAR & DOES 1 through  )
     10,                          )
 9                                )
             Defendants.          )
10   ------------------------------
11
12
13
14
15
16
17        Deposition of MANGAL S. BHULLAR, taken on behalf
18   of Plaintiffs, at 12 South First Street, Suite 613, San
19   Jose, California, commencing at 9:47 a.m., MONDAY, AUGUST
20   11, 2008, before Julie A. Helou, CSR No. 9500.
21
22
23
24
25
```

Exhibit A

```
 1  lunch truck.  How about the food they bought inside the
 2  store?  Say they bought a box of Pepsi; they bring their
 3  box of the Pepsi to the cash register.
 4       A.    I punch taxable and CRP.
 5       Q.    And what?
 6       A.    And California CRP.
 7       Q.    California CRP?
 8       A.    Yes.
 9             MR. KAFKA:  He's talking about a can, if you buy
10  a can of something, you have got to pay a nickel a can.
11             MR. WANG:  Q.  What is a CRP stand for?
12       A.    You buy a can, he have a CRP.  After the drink,
13  you sell the can.
14       Q.    So that's a special tax for that?
15       A.    Yeah, not special tax.  California tax.
16       Q.    Okay.  I see.  But there's no name of
17  merchandise --
18       A.    No.
19       Q.    -- put in there?
20       A.    No.
21       Q.    No?
22       A.    Huh-uh.
23       Q.    Okay.  Let me get a roll of receipts here.  This
24  roll of receipt, I haven't examined it yet, but it was for
25  yours of the store's receipt.  Let's talk about it.  Is
```

1  one day's sale results in a roll of receipt like this --
2      A.    Yeah.
3      Q.    -- that I'm showing you?
4      A.    Uh-huh.
5      Q.    So this one roll, it's one day's sale; is that
6  right?
7      A.    No.
8      Q.    Is it only one day?
9      A.    Sometime only one roll two day, three day.
10     Q.    Sometime one roll two day, three day?
11     A.    I don't know how busy the store.  Sometime we
12 finish two day, three day.  Sometimes finish three day.
13     Q.    Depending on when Pio took it out; is that right?
14     A.    I don't know when he take out.
15     Q.    Depending on if he took out every day, then one
16 day would be one roll?
17     A.    I don't know.  He not show me he take this here
18 one day.
19     Q.    I'm not asking you how Pio did it.  I'm just
20 asking you general knowledge about how did the procedure,
21 the operation, procedure of the store; okay?
22     A.    Uh-huh.
23     Q.    So I'm asking you, say this is Monday.  Pio have
24 clean out -- Pio have clean out on Saturday's sale from
25 the pay register.  All right?