**United States District Court**
For the Northern District of California

*E-FILED 9/22/2008*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RODOLFO RUFELAS and EVA ROMERO GARCIA,<br><br>        Plaintiffs,<br>  v.<br><br>JASWINDER BHULLAR and MANGAL S BHULLAR,<br><br>        Defendants.<br>_____ / | No. C07-05244 HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

       This court is informed that this action has fully settled. Accordingly, all pending motions have been terminated and all pretrial and trial dates have been vacated.

       **On or before October 21, 2008**, the parties shall file a stipulated dismissal pursuant to Fed.R.Civ.P. 41(a). If a dismissal is not filed by the specified date, all parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **November 4, 2008, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed.R.Civ.P. 41(a). The parties shall file a statement in response to this Order to Show Cause **no later than October 28, 2008**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties

1 | need not file a joint statement in response to this Order.

2 | Dated: September 22, 2008

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 **5:07-cv-5244 Notice has been electronically mailed to:**

2 Adam Wang waqw@sbcglobal.net

3 Joseph R. Kafka jr-kafka@sbcglobal.net

4 **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California