1 ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG                    *ORDER E-FILED 11/4/2008*
2 12 South First Street, Suite 708
San Jose, CA 95113
3 Tel: (408) 292-1040
Fax: (408) 416-0248
4 waqw@sbcglobal.net

5 Attorneys for Plaintiffs

6 LAW OFFICES OF JOSEPH R. KAFKA
Joseph R. Kafka, Esq. SB #139510
7 1541 The Alameda
San Jose, California 95126
8 Telephone: 408-993-8441
9 Facsimile: 408-279-0401

10 Attorney for Defendants
Jaswinder & Mangal Bhullar
11

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| RODOLFO F RUFELAS & EVA ROMERO GARCIA | Case No.: C07-5244 HRL |
|---|---|
| Plaintiffs, | STIPULATION TO DISMISS WITH PREJUDICE & ORDER THEREON |
| vs. | |
| JASWINDER BHULLAR, MANGAL S BHULLAR, JOHNNY NGUYEN, & DOES 1 THOUGHT 10 | |
| Defendants | |

Plaintiffs and Defendants, through their respective counsel, hereby stipulate as follows:

1.  Parties have reached a settlement with respect to all claims of all Plaintiffs against all Defendants in this case.

2.  As such, parties hereby stipulate to dismiss this action in its entirety with prejudice.

1                    **C07-5244 HRL**

STIPULATION TO DISMISS
Rufelas, et al. v. Bhullar, et al.

3. The Parties stipulate that this Court should retain its jurisdiction over this case for the purpose of enforcing the settlement agreement.

RESPECTFULLY SUBMITTED,

Dated: November 1, 2008          By:     /s/ ADAM WANG
                                         Adam Wang
                                         Attorney for Plaintiffs

Dated: November 1, 2008

                                 By:    /s/ JOSEPH KAFKA
                                         Joseph Kafka
                                         Attorney for Defendants

_____
**PROPOSED** ORDER

Pursuant to party's stipulation, IT IS SO ORDERED.

Dated: November __4__, 2008                    _____
                                               Howard R. Lloyd
                                               United States Magistrate Judge

STIPULATION TO DISMISS
Rufelas, et al. v. Bhullar, et al.